THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. KEATLEY, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES REVIEW OF BOOKS <br> and DOES 1-5, inclusive, <br><br> Defendant. | CASE NO. **2:17-cv-00481-JLR** <br><br> [PROPOSED] ORDER <br> TO ABATE AND <br> EXTEND DEADLINES |

THIS MATTER came before the Court on the Parties' Joint Stipulation to Abate and Extend Deadlines. This Court GRANTS the Motion, and ORDERS that this case is abated until August 10, 2017, and ORDERS that all deadlines (including for any motion or pleading in response to Defendant's Answer) from July 7, 2017, to August 10, 2017, are extended by 30 days.

IT IS SO ORDERED.

Dated this 9th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by: /s/ **Mathew K. Higbeee**
    Mathew K. Higbee, Esq.
    Washington Bar No. 42755
    HIGBEE & ASSOCIATES
    1504 Brookhollow Dr., Ste 112
    Santa Ana, CA 92705-5418
    (714) 617-8349
    (714) 597-6559 facsimile
    *Counsel for Plaintiff*